UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELISSA GRAY,
    Plaintiff,

v.                                          Case No. 08-CV-848

COMPREHENSIVE MANAGEMENT
SERVICES and ABC INSURANCE
COMPANY,
    Defendants.

## ORDER

The plaintiff, Melissa Gray, filed her complaint in federal court on October 9, 2008. According to Fed. R. Civ. P. 4(m), the plaintiff is required to serve the defendant with the complaint within 120 days of the date of filing. That time period has expired. So, in a letter dated February 11, 2009, United States Magistrate Judge Goodstein informed the plaintiff that, pursuant to Fed. R. Civ. P. 4(m) and Civil L.R. 4.1, unless she submitted proof of service within 20 days of the date of the letter, her case would be dismissed. The twenty days have passed and the plaintiff still has not submitted proof of service. Consequently, the court will dismiss the plaintiff's complaint and this case without prejudice.

**IT IS THEREFORE ORDERED** that the plaintiff's complaint and this case shall be **dismissed without prejudice**.

Dated at Milwaukee, Wisconsin, this 11 day of March, 2009.

/s_____
LYNN ADELMAN
District Judge